## UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>KHALIF SEARS a/k/a "Leaf," a/k/a "Lil Leaf"<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 20-CR-417-3<br><br><br>SEALED |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KHALIF SEARS a/k/a "Leaf," a/k/a "Lil Leaf",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21:846 - CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES
21:841(a)(1) - POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE ("CRACK") AND MARIJUANA
18:924(c)(1) - POSSESSION OF A FIREARM IN FURTHERANCE OF DRUG TRAFFICKING
18:924(j)(1) - MURDER IN THE COURSE OF USING OR CARRYING A FIREARM
18:924(c)(1) - USING OR CARRYING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME;
21:856(a)(1) - MAINTAINING A DRUG INVOLVED PREMISES; 18:2 - AIDING AND ABETTING

Date: 11/19/2020

s/ Eric Sobieski, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

Kate Barkman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11-19-20, and the person was arrested on *(date)* 12-18-20
at *(city and state)* PP.

Date: 12-18-20

ATF
*Arresting officer's signature*

_____
*Printed name and title*