IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20-417-3 |
| | : | |
| KHALIF SEARS | : | |

## **ORDER**

AND NOW, this 18th day of December, 2024, upon consideration of Defendant Khalif Sears' Motion to Join Co-Defendant's Motion ECF 216 (Defendant Hassan Elliott's Motion in Limine to Exclude Rap Music, Videos, and Associated Content) it is hereby ORDERED the Motion (ECF No. 217) is GRANTED. Where applicable, Defendant Khalif Sears shall be afforded the same relief granted to his co-defendant.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.