Dear Your Honor Judge Sanchez

I am currently writing you about an guideline issue I have, my lawyer Marni Jo Synder came to visit me at FDC Philadelphia the week after Thanksgiving with an offer from the government, told me I have until the new president Donald Trump take office to make an desicon I wanted to move forward to pretrial motion but Ms. Synder advise against it, and said the deal would be off the table, there was no counter offer to be made the deal was take it or move forward to trial. I did what any reasonable person in my shoes would have did, I took the government offer, with believing this was my best option which ended up being false to a degree, I was led to believe that 420-600 months was my only choice or face life at trial. I was offer an C-Plea way above what my guideline, all the ranges in the first category none even at the tail of the ranges is 420 months let alone 600 months, I asked my lawyer Ms. Synder multiple times how did the government get to this large amount of times, just so I could understand and she could'nt give me an definitive answer or explain, so my understanding was little to none about the way the government came to place me in this range, my ~~crucial~~ role in this indicment is little to none, yes I plead guilty to serious charges but people in similar cases roles was way more serious & they had criminal history and have the same extact sentence

or Lower Then My offer from The government, Yes Your Honor, We Had The guilty Hearing, I Plead guilty, I'M Only Asking You to order The government To Come with An offer That's in My guide line Range, At the Hearing I Heard You Mention Category & Offense levels, I Never Heard of Thes Things Before The Hearing, So I did Some Research and Notice I'M in A Criminal Category 1 And Offense level 43 which would get Reduce It You Chose to Accept A Plea in My Right Guide line Range, which would Place Me at 292-365 Months. I want to Make It Cleare I fully Respect Your Court and Appreciate Your Time, Energy and Attention, Thank You Your Honor.

KS

Khalif Sears

Khalil Sears
21154-509
FDC Philadelphia
P.O. Box 562
Phila Pa, 19105



PHILADELPHIA PA 190
20 FEB 2025 PM 8 L

Hon. Juan R. Sanchez
Court of Clerk
601 Market St
Phila Pa, 19105



RECEIVED
(Legal Mail)
FEB 24 2025

19106-171118