KHALIF SEARS
21154-509
FDC PHILADELPHIA
P.O. BOX 562
PHILA PA , 19015

JUNE 7, 2025

CASE # 20-CR-00417

Please accept this letter as an formal brief ( see : united states v miller ) sir , I am suppose to come before you on July 31, 2025 to enter a guilty plea , I am writing now to alert the court of the conflict of interest that has arisen between my attorney and myself . that i do not and can not move forward in proceeding with Ms.Snyder , Theses issue i have with her are grave , i would rather now go into each issue in this letter because i don't want to expose my issues to the government in case they get a copy of this , I want thank you in advance for you time , help and consideration with this urgent matter.




Khalif Seues
2154-509
FDC Phila. Pa
P.O. Box 562
Phila Pa. 19106

X-RAY
USMS

PHILADELPHIA PA 190
13 JUN 2025 PM 7 L

RECEIVED
JUN 16 2025

Court of Clerk
Judge Sanchez
601 Market St
Phila Pa. 19106