DATE: March 1, 2026
CASE NO: 2:20-CR-00417-003

Dear Clerk,

How are you? Can you please make sure this gets put on my docket and then sent to the Honorable Judge Sanchez. Thank you for all you help. It's greatly appreciated.

Respectfully

Khalif Sears

DATE: MARCH 1, 2026
CASE#: 2:20-CR-00417-003
RE: UNITED STATES V. SEARS

To The Honorable Judge Sanchez,

How are you? My name is Khalif Sears and I'm writing in regards to the above captioned case. In light of the recent Supreme Court decision in BARRETT V. UNITED STATES I believe it is of the utmost importance to alert the Court to a new compound that has been added to my on-going conflict of interest between me and my attorney. Your Honor, I must, for the record, strenuously object to two (2) issue's before the Court, which are:

1. My attorney's, Ms. Snyder, qualifications as they pertain to her representation of me in a FEDERAL RICO conspiracy case. In my motion "to withdraw unknowing and involuntary plea and to remove counsel due to ineffective assistance", which I filed on or about October 22, 2025, I highlighted a plethora of factual instances in which: A) Ms Snyder lied to me, and B) where Ms. Snyder failed to advise me correctly as to federal laws, statutes, codes, etc... I also added a full array of exhibits to prove my allegations set forth therein. In regards to Ms. Snyders qualifications, on or about Nov. 2025 we had a hearing to go over Ms. Snyders qualifications to be on the Federal C.J.A. appointment list. During said hearing the reason she was permitted to be added to the Federal C.J.A. lawyer list is due to her colleague's, her peers, "voted her "in" because she was popular."

Your Honor, that has done nothing to address the major issue which is the Actual Conflict of interest because of all the lie's she has told me (she put these lie's in writing), but also, being "popular" does nothing to help her understand Federal laws, statutes, codes, etc... let alone the federal R.I.C.O. statutes. Her response to my e-mail proves she has no understanding of the entire federal system. She has just advised me that the Supreme Court's ruling in BARRETT does not effect my sentencing at all. Sir, the Barrett case directly addresses the issue in my case.

2. I have, literally, been forced to keep a lawyer whom I have proven a Actual Conflict of interest does exist between her and I. Since the filing of my motion (on or about Oct. 22, 2025) I have been in a position worse than having inadequate representation. I'm in a quagmire in which I cannot confide in my attorney and I know too little about Federal law, statutes, codes, etc... to go pro-se. I cannot tell my lawyer anything that I do not want the prosecution to know about, because I know Ms. Snyder speaks to the prosecution and informs them of issue's she had no right to. I have also proven this through her e-mails.

Sir, there is absolutely nothing about my plea agreement that was (or is) knowing, voluntary or intelligent. I must reiterate she coerced me because I was so young and unknowledgable about the law, she told me all kinds of lie's to talk me into signing it. She either lied to me or she is extremely incompetent and believed what she was telling me. I believe, and have proven it is a little of both. She coerced me into signing a plea in which there is an EXTRA ten (10) year mandatory that has no legal reason to be there. When I asked her where it came from and why is it there, her response, which I have in writing, was "it's what the government thinks you should have". That is just one of the many examples of things that are legally

and factually incorrect in the unknowing, involuntary Plea that Ms. Snyder coerced me to sign.

On January 30, 2026 I asked her to file a motion to withdraw my defective plea because it was unlawful, had the wrong mandatory sentence's among other issue's, but also due to the New, significant change in Law. Once again, against the interest of her client she quickly scheduled a sentencing hearing and her so-called "sound" legal advice to me was go get sentenced and come back on appeal. Her latest treachery was just unearthed and it is more direct proof of how unknowing, unintelligent and involuntary my plea truly is. She has deliberately with-held six (6) batches of discovery from me, and to compound her unethical behavior she is literally lying about it even though there is definitive proof. On Feb. 26, 2026 she dropped a legal envelope off at F.D.C. Phila. which contained the six packets of each of the governments different discovery Flashdrives (she, Ms. Snyder, did not drop the Flash drives off, only the packets describing what is on each of the six flash drives)(see next page for breakdown of dates). I signed for one legal envelope on March 3, 2026 and that is the first I saw all these mounds of discovery. Now, in her current e-mail (also enclosed) she is lying like she did not just drop this stuff off.

Your Honor, I can prove everything I state. I request an evidentiary hearing as soon as it is convenient for you. I am requesting you have the following people at said hearing;

1. Patrick Egan, Esq.
2. Ms. Snyder, Esq.
3. Michael Parkinson, Esq.
4. Thomas Fitzpatrick, Esq.
5. John Ellis, Esq.

Sir, in the interest of justice I am requesting you remove Ms. Snyder from my case. She is a liar, a manipulator and a bully. There is, and has been, an on-going conflict of interest and I am awaiting one of the most critical stages of my case, sentencing! Please do not force me to stand before you alone because I will not, I cannot, allow Ms. Snyder to stand at my table, she needs to stand at the prosecutions table, or go back to practicing law in state court where she may be qualified. She is not qualified to practice in the Federal Courts, and certainly not qualified to handle a R.I.C.O. case.

Your Honor, I do apologize to you, personally. I understand this is one huge head-ache for you and I'm sorry. Please understand, I was a young 18 years old (meaning not mentally mature) and right out of the hospital when Ms. Snyder began working on my case, and she used that misguided trust to her advantage here in the federal system, and unfortunately to my extreme disadvantage. Please help me by appointing me a new lawyer. Thank you for ALL your patience, time and help thus far.

Respectfully

Khalif Sears #21154-509

The following ARE the list of dates that the Government dropped "BATCHES" of discovery off to the following parties:

1. July 26, 2024 ; P. EGAN ; M. SNYDER ; M. PARKINSON ; T. Fitzpatrick

2. July 29, 2024 ; P. EGAN ; M. SNYDER ; M. PARKINSON ; T. Fitzpatrick ; J. Ellis

3. Sept. 30, 2024 ; P. EGAN ; M. Snyder ; M. Parkinson ; T. Fitzpatrick ; J. Ellis

4. Oct. 9, 2024 ; P. EGAN ; M. Snyder ; M. Parkinson ; T. Fitzpatrick ; J. Ellis

5. Oct. 31, 2024 ; P. EGAN ; M. Snyder ; M. Parkinson ; T. Fitzpatrick ; J. Ellis

6. Dec. 17, 2024 ; P. EGAN ; M. Snyder ; M. Parkinson ; T. Fitzpatrick ; J. Ellis

Pg 4 of 4

▬▬▬▬▬▬▬▬▬▬▬▬▬ - Unit: PHL-E-N

---------------------------------------------------------------------------------------------

FROM: Threadgill, Shirely
TO: 84015510
SUBJECT: Q6270830
DATE: 03/04/2026 03:36:05 PM

I dont know what batches you are talking about that you didnt receive. There is one that we discussed but that they could not sent and then Jenks. I will let them know. hit me back at 2154303201