IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 20-417 |
| | : | |
| KHALIF SEARS | : | |

## <u>ORDER</u>

AND NOW, this 26th day of March, 2026, upon consideration of Defendant Khalif Sears' Pro Se Motions to Withdraw Guilty Plea (Dkt. Nos. 374 & 397) and the arguments made at the March 25, 2026 Attorney Representation Hearing, it is hereby ORDERED the Motions are DENIED IN PART AND GRANTED IN PART as follows:

1. The Motions are DENIED WITHOUT PREJUDICE to the extent that Mr. Sears requests to withdraw his guilty plea.

2. The Motions are GRANTED to the extent Mr. Sears requests different counsel to represent him. The Court will appoint a new Criminal Justice Act counsel under 18 U.S.C. § 3006A to represent Mr. Sears in all future proceedings in this matter.

It is further ORDERED that the Sentencing Hearing scheduled for Monday, March 30, 2026 is CONTINUED to a date to be determined. [1]

---

[1]  "The Constitution does not confer a right to proceed simultaneously by counsel and pro se." *United States v. D'Amario*, 268 F. App'x 179, 180 (3d Cir. 2008); *see McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984). In this case, Defendant Khalif Sears is currently represented by Attorney Marni Jo Snyder. Because Mr. Sears is represented by counsel, his pro se motion will be denied without prejudice to reassertion by an attorney. *See United States v. Vampire Nation*, 451 F.3d 189, 206 n.17 (3d Cir. 2006) (noting a district court was within its authority to order the Clerk of Court not to accept pro se filings from a defendant who was represented by counsel).

However, based on the representations made to the Court at the March 25, 2026 hearing, the Court finds good cause to assign Mr. Sears a new attorney. *United States v. Senke*, 986 F.3d 300, 309 (3d Cir. 2021) ("If a defendant requests substitute counsel, the court must evaluate whether the defendant's justification for seeking new counsel is based on good cause" (internal

BY THE COURT:


<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.

---

citations and quotation marks omitted)).  The Court will therefore appoint new counsel to represent
Mr. Sears.  Mr. Sears may reassert his motion to withdraw his guilty plea through this new counsel.