IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      CRIMINAL ACTION
     :
v.      :      No. 20-417-3
     :
KHALIF SEARS      :

## **ORDER**

AND NOW, this 31st day of March, 2026, it is ORDERED Coley O. Reynolds, Esquire, from the CJA list of approved attorneys on file in the Clerk's Office is appointed to represent Defendant Sears.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, J.