MARCH 28, 2026

CASE NO. 2:20-CR-00417-JS

To The Honorable Judge Sanchez,

How are you? The only reason I am writing is to say; THANK YOU! I do not believe there is anything inappropriate with me showing my gratitude that my Judge is fair, honest and most importantly, listens to what I was trying to explain. I don't know if you'll ever fully understand how much I appreciate that you have the attributes of what a true Judge should have.

Sincerely

KHALIF SEARS #21154-509

Case 2:20-cr-00417-JS    Document 403    Filed 04/07/26    Page 2 of 2

Khalif Sears #21154-509
Phila. F.D.C.
P.O. Box 562
Phila. Pa. 19105

PHILADELPHIA PA 190

31 MAR 2026 PM 7 L

To: The Honorable Judge Sanchez
U.S. Courthouse
601 Market st.
Phila. Pa. 19106

RECEIVED

APR - 2 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

" LEGAL MAIL "