IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :      CRIMINAL ACTION

            :

   v.                      :      No. 20-417-3

            :

KHALIF SEARS                :

## **ORDER**

AND NOW, this 10th day of April, 2026, it is ORDERED Mariana Rossman, Esquire, from the CJA list of approved attorneys on file in the Clerk's Office is appointed to represent Defendant Sears nunc pro tunc from April 7, 2026.  Coley O. Reynolds, Esquire's oral request to withdraw is GRANTED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, J.